UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL CONRAD EVERSON JONES; LORELTA E. LYNCH; STATE OF LOUISIANA; STATE OF NEW YORK; UNITED STATES OF AMERICA; AMERICA, <br><br>       Plaintiffs, <br><br> -against- <br><br> UNITED STATES OF AMERICA, ET AL., <br><br>       Defendants. | 25cv6150 (LTS) <br><br> CIVIL JUDGMENT |

  For the reasons stated in the November 10, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: November 12, 2025
    New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                Chief United States District Judge